

Company Profile | Biologics Division | Coatings Division | Products & Services | News & Info

# Biologic Products

Home » Products & Services » Biologic Products » OsteoSponge™;

### OsteoSponge™

OsteoSponge™ is a unique graft material that revolutionizes the handling properties of bone through a patent pending process. Its porous structure provides an excellent matrix for vascular growth and new bone formation. It is 100% bone, has sponge-like properties, and is an ideal alternative to gels, putties, and ill fitting grafts. With OsteoSponge™, Bacterin invites you to create possibilities.

 

Click the links below for more information on OsteoSponge™.

OsteoSponge™ Brochure

Cervical Experience with OsteoSponge™

Clinical and Histology summary of OsteoSponge™

Glossary & Terms | Contact Bacterin | Privacy Policy | Employees © 2007 - 2010 Bacterin International, Inc. All rights reserved.

DONATE LIFE

**EX. B**