

ALLOGRAFT - AlloSponge (Blocks and Fillers)

**AlloSponge (Blocks & Filler)** is a unique graft material derived from trabecular bone that has compressible and elastic, sponge-like properties. It revolutionizes the handling properties of bone. Our proprietary demineralization process revolutionizes the handling properties of bone while maintaining natural growth factors.

**AlloSponge (Blocks & Filler)** has the open, porous structure of cancellous bone while being also compressible and elastic, with the properties of a sponge. It can be compressed to 1/3 of its original size in order to fit a space. It then springs back to fill the void without losing its original strength or shape. It is a perfect solution for filling a variety of bone voids. Supplied by AlloSource.

Next>

Innovasis, Inc, 614 East 3900 South, Salt Lake City, UT 84107 USA  Phone: 801.261.2236  Fax: 801.261.0573  Email: info@innovasis.com

**EX. D**