

About AlloSource   News & Media   Career Opportunities   Contact Us

**Medical Professionals**     **Donor Families and Tissue Recipients**

Medical Professionals > Allografts > Osteobiologics

## Medical Professionals

Allografts
    Osteobiologics
    Traditional Grafts
    Spinal Grafts
    Sports Medicine Grafts
    Large Grafts
    Specialty Grafts
    Skin Allografts
    Download Full Allograft Catalog
    Ordering Information
Regulatory Compliance
Service

# Osteobiologics

AlloSource is a leading provider of osteobiologic and demineralized bone matrix (DBM) products. These products help stimulate natural bone formation by creating a framework into which host cells migrate. The result is an accelerated healing process and improved outcomes for patients, which may reduce the need for additional treatment.

Our comprehensive portfolio offers surgeons the right product for each surgical situation.



Download the AlloSource
Osteobiologics PDF

[ Download PDF ]

- AlloFuse® DBM Gel and Putty
- AlloFuse® Plus DBM Paste and Putty
- AlloStem™ Stem Cell Bone Growth Substitue
- AlloGro® Demineralized Bone Matrix
- AlloPac® (cortical-cancellous chips)
- CanPac (cancellous chips)
- AlloFlex®
- AlloSponge® Blocks
- AlloSponge® Filler
- AlloSponge® Strips

Copyright © 2010 AlloSource. All Rights Reserved.          Home   |   Sitemap   |   Terms and Conditions

EX. E, p. 1

# Osteobiologics

AlloSource is a leading provider of osteobiologic and demineralized bone matrix (DBM) products. These products help stimulate natural bone formation by creating a framework into which host cells migrate. The result is an accelerated healing process and improved outcomes for patients, which may reduce the need for additional treatment. Our comprehensive portfolio offers surgeons the right product for each surgical situation.

AlloFuse® DBM Gel and Putty . . . . . . . . 2

AlloFuse® Plus DBM Paste and Putty . . . 2

AlloStem™ Stem Cell Bone
Growth Substitute . . . . . . . . . . . . . . . . 2

AlloGro® Demineralized Bone Matrix . . . . 2

AlloPac® (cortical-cancellous chips) . . . . 3

CanPac (cancellous chips) . . . . . . . . . . 3

AlloFlex® . . . . . . . . . . . . . . . . . . . . . . . . 3

AlloSponge® Blocks . . . . . . . . . . . . . . . 3

AlloSponge® Filler . . . . . . . . . . . . . . . . 3

AlloSponge® Strips . . . . . . . . . . . . . . . . 3

*"I am back to the activities that fill my life: playing tennis, boating, fly fishing, dancing. I am humbled by the generosity of those who made this possible."*

— FRED, DBM RECIPIENT, MILITARY CIVIL ENGINEER, IED SURVIVOR

**EX. E, p. 2**

# Osteobiologics

## AlloFuse® DBM Gel

| Freeze-dried | Frozen | Product Description |
|---|---|---|
| 90138001 | | 1 cc Injectable Gel |
| 90138005 | | 5 cc Injectable Gel |
| 90138010 | | 10 cc Injectable Gel |



AlloFuse® DBM Gel

## AlloFuse® DBM Putty

| Freeze-dried | Frozen | Product Description |
|---|---|---|
| 90038001 | | 1 cc Putty |
| 90038002 | | 2.5 cc Putty |
| 90038005 | | 5 cc Putty |
| 90038010 | | 10 cc Putty |



AlloFuse® DBM Putty

## AlloFuse® Plus DBM Paste and Putty

| Freeze-dried | Frozen | Product Description |
|---|---|---|
| 90238001 | | 1 cc Paste |
| 90238003 | | 3 cc Paste |
| 90238008 | | 8 cc Paste |
| 90338005 | | 5 cc Putty |
| 90338010 | | 10 cc Putty |



AlloStem™ Dowel

## AlloStem™ Stem Cell Bone Growth Substitute*

| Freeze-dried | Frozen | Product Description |
|---|---|---|
| | 71018014 | AlloStem Dowel – 14 mm x 17 mm (D x L) |
| | 71118050 | AlloStem Strip – 50 mm x 20 mm x 5 mm (L x W) |

## AlloGro® Demineralized Bone Matrix

| Freeze-dried | Frozen | Product Description |
|---|---|---|
| 34910925 | | .25 cc |
| 35010950 | | .50 cc |
| 35110001 | | 1 cc |
| 35210003 | | 3 cc |
| 10111010 | | 10 cc |
| 10111015 | | 15 cc |
| 10111030 | | 30 cc |

*Trace amounts of Penicillin, Streptomycin and Amphotericin may be present and caution should be exercised if the intended recipient is allergic to these antibiotics.



AlloGro®

## To order call:
## Customer Service
## 1 800 557 3587

**EX. E, p. 3**

# Osteobiologics







AlloPac®



AlloFlex®



AlloSponge® Block



AlloSponge® Strip

## To order call:
## Customer Service
## 1 800 557 3587

### AlloPac® (cortical-cancellous chips)

| Freeze-dried | Frozen | Product Description |
|---|---|---|
| | 10317025 | 25 cc Non-purged |
| | 10317050 | 50 cc Non-purged |
| | 10317100 | 100 cc Non-purged |

### CanPac (cancellous chips)

| Freeze-dried | Frozen | Product Description |
|---|---|---|
| | 24417025 | 25 cc Non-purged |
| | 24417050 | 50 cc Non-purged |
| | 24417100 | 100 cc Non-purged |

### AlloFlex®

| Freeze-dried | Frozen | Product Description |
|---|---|---|
| 60715510 | | AlloFlex Small 10 x 50 x 2 – 4 mm |
| 60715515 | | AlloFlex Medium 15 x 50 x 2 – 4 mm |
| 60715520 | | AlloFlex Large 20 x 50 x 2 – 4 mm |
| 60715750 | | AlloFlex Ex-Large 50 x 70 x 2 – 4 mm |

### AlloSponge® Blocks

| Freeze-dried | Frozen | Product Description |
|---|---|---|
| 60515008 | | AlloSponge Block 8 mm³ |
| 60515010 | | AlloSponge Block 10 mm³ |
| 60515012 | | AlloSponge Block 12 mm³ |
| 60515014 | | AlloSponge Block 14 mm³ |

### AlloSponge® Filler

| Freeze-dried | Frozen | Product Description |
|---|---|---|
| 60815002 | | AlloSponge Filler 2.5 cc |
| 60815005 | | AlloSponge Filler 5 cc |
| 60815010 | | AlloSponge Filler 10 cc |

### AlloSponge® Strips

| Freeze-dried | Frozen | Product Description |
|---|---|---|
| 60615102 | | AlloSponge Strip 10 x 20 x 3 – 6 mm |
| 60615154 | | AlloSponge Strip 15 x 40 x 3 – 6 mm |
| 60615205 | | AlloSponge Strip 20 x 50 x 3 – 6 mm |

**EX. E, p. 4**