**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:10-cv-00753-CMA-MJW

BACTERIN INTERNATIONAL, INC.,
a Nevada corporation,

Plaintiff,

v.

ALLOSOURCE,
an Illinois nonprofit corporation,

Defendant.

---

**PLAINTIFF'S REPLY TO DEFENDANT ALLOSOURCE'S AFFIRMATIVE DEFENSES AND COUNTERCLAIM [DOC. NO. 8]**

---

Plaintiff Bacterin International, Inc. ("Bacterin" or "Plaintiff") for its Reply to Defendant Allosource's ("Allosource" or "Defendant") Affirmative Defenses and Counterclaim [Doc. No. 8], responds and alleges as follows:

## RESPONSE TO AFFIRMATIVE DEFENSES

Plaintiff denies that Allosource is entitled to any relief under its Affirmative Defenses, and specifically denies each paragraph alleged under Defendant's Affirmative Defenses.

## RESPONSE TO COUNTERCLAIM

1. Plaintiff admits that Defendant states a claim for cancellation of the U.S. Trademark Registration for the OsteoSponge trademark, but denies the remaining allegations of paragraph 1 and further denies that Defendant is entitled to any relief.

2. Plaintiff admits the allegations of paragraph 2 of the counterclaim.

3. Plaintiff admits the allegations of paragraph 3 of the counterclaim.

4. Plaintiff admits that the Court has subject matter jurisdiction over the counterclaim, and denies the remaining allegations of paragraph 4 of the counterclaim.

5. Plaintiff admits the allegations of paragraph 5 of the counterclaim.

6. Plaintiff denies the allegations of paragraph 6 of the counterclaim.

7. Plaintiff denies the allegations of paragraph 7 of the counterclaim.

8. Plaintiff denies the allegations of paragraph 8 of the counterclaim.

9. Plaintiff denies the allegations of paragraph 9 of the counterclaim.

10. Plaintiff denies the allegations of paragraph 10 of the counterclaim.

11. Plaintiff denies the allegations of paragraph 11 of the counterclaim.

12. Plaintiff denies the allegations of paragraph 12 of the counterclaim.

13. Plaintiff denies the allegations of paragraph 13 of the counterclaim.

14. Plaintiff denies the allegations of paragraph 14 of the counterclaim.

15. Plaintiff denies the allegations of paragraph 15 of the counterclaim.

16. Plaintiff denies the allegations of paragraph 16 of the counterclaim.

17. Plaintiff denies the allegations of paragraph 17 of the counterclaim.

18. Plaintiff denies the allegations of paragraph 18 of the counterclaim.

19. Plaintiff denies the allegations of paragraph 19 of the counterclaim.

20. Plaintiff denies the allegations of paragraph 20 of the counterclaim.

21. Plaintiff denies the allegations of paragraph 21 of the counterclaim.

22. Plaintiff denies the allegations of paragraph 22 of the counterclaim.

23. Plaintiff denies the allegations of paragraph 23 of the counterclaim.

24. Plaintiff denies the allegations of paragraph 24 of the counterclaim.

25. Plaintiff denies the allegations of paragraph 25 of the counterclaim.

26. Plaintiff denies the allegations of paragraph 26 of the counterclaim.

27. Plaintiff denies the allegations of paragraph 27 of the counterclaim.

28. Plaintiff denies the allegations of paragraph 28 of the counterclaim.

29. Plaintiff denies the allegations of paragraph 29 of the counterclaim.

30. Plaintiff denies the allegations of paragraph 30 of the counterclaim.

31. Plaintiff denies the allegations of paragraph 31 of the counterclaim.

32. Plaintiff denies the allegations of paragraph 32 of the counterclaim.

33. Plaintiff denies the allegations of paragraph 33 of the counterclaim.

34. Plaintiff denies the allegations of paragraph 34 of the counterclaim.

35. Plaintiff denies the allegations of paragraph 35 of the counterclaim.

36. Plaintiff denies the allegations of paragraph 36 of the counterclaim.

37. Plaintiff denies the allegations of paragraph 37 of the counterclaim.

38. Plaintiff denies the allegations of paragraph 38 of the counterclaim.

39. Plaintiff denies the allegations of paragraph 39 of the counterclaim.

40. Plaintiff denies the allegations of paragraph 40 of the counterclaim.

41. Plaintiff denies the allegations of paragraph 41 of the counterclaim.

42. Plaintiff denies the allegations of paragraph 42 of the counterclaim.

43. Plaintiff denies the allegations of paragraph 43 of the counterclaim.

**RESPONSE TO PRAYER FOR RELIEF**

44. Plaintiff denies that Defendant is entitled to any relief, and specifically denies each allegation and prayer for relief alleged in paragraphs 1 through 5 of Defendant's Prayer for Relief.

Respectfully submitted,

Dated: June 7, 2010

By: s/ John R. Posthumus

John R. Posthumus
jposthumus@sheridanross.com
SHERIDAN ROSS P.C.
1560 Broadway, Suite 1200
Denver, Colorado 80202
(303) 863-9700
(303) 863-0223 facsimile
litigation@sheridanross.com

ATTORNEYS FOR PLAINTIFF

**CERTIFICATE OF SERVICE**

I hereby certify that on this 7th day of June, 2010, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

Jennifer Salisbury, Esq.
Markus Williams Young & Zimmermann LLC
1700 Lincoln Street, Suite 4000
Denver, CO 80203
jsalisbury@markuswilliams.com

Patrick M. Fahey, Esq.
Susan S. Murphy, Esq.
Shipman & Goodwin LLP
One Constitution Plaza
Hartford, CT 06103-1919
pfahey@goodwin.com
smurphy2@goodwin.com

s/ Lori R. Brown
Lori R. Brown
Assistant to John R. Posthumus
SHERIDAN ROSS P.C.
1560 Broadway, Suite 1200
Denver, Colorado 80202-5141
(303) 863-9700 – Telephone
(303) 863-0223 – Facsimile
E-mail: lbrown@sheridanross.com
litigation@sheridanross.com