IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.: 1:10-cv-00753-CMA-MJW

BACTERIN INTERNATIONAL, INC.,

    Plaintiff,

v.

ALLOSOURCE,

    Defendant.

---

### ORDER GRANTING LEAVE TO APPEAR BY TELEPHONE
( Docket No 12 )

This Court having duly considered defendant's Unopposed Motion for Leave to Appear by Telephone, and good cause appearing therefore, hereby orders the motion GRANTED.

It is therefore ORDERED that counsel for AlloSource, Patrick M. Fahey and Susan S. Murphy, be permitted to appear by telephone at the July 9, 2010 Scheduling/Planning Conference. ⊛

Dated this 28 day of June, 2010.

⊛ Mr Fahey and Ms Murphy shall call into the Court at 303 844-2403 on July 9, 2010 At 9:00 A.m. Mountain Time.

BY THE COURT:

/s/ Michael J. Watanabe

MICHAEL J. WATANABE
U.S. MAGISTRATE JUDGE
DISTRICT OF COLORADO

1517213v1