**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No.: 1:10-cv-00753-CMA-MJW

BACTERIN INTERNATIONAL, INC.,

    Plaintiff,

    v.

ALLOSOURCE,

    Defendant.

_____

**STIPULATION OF DISMISSAL**
_____

Pursuant to Rule 41 (a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the parties hereby stipulate to the dismissal of this action, without prejudice.  Each party is to pay their own attorneys' fees and costs.

Dated:    February 3, 2011

| s/John R. Posthumus | s/Patrick M. Fahey |
|---|---|
| John R. Posthumus | Patrick M. Fahey |
| Sheridan Ross P.C. | Shipman & Goodwin LLP |
| 1560 Broadway, Suite 1200 | One Constitution Plaza |
| Denver, Colorado 80202 | Hartford, CT  06103-1919 |
| Telephone: (303) 863-9700 | Telephone: 860-251-5000 |
| Facsimile: (303) 863-0223 | Facsimile: 860-251-5219 |
| jposthumus@sheridanross.com | pfahey@goodwin.com |
| | |
| Attorney for Plaintiff | Jennifer Salisbury |
| | Markus Williams Young & Zimmermann |
| | 1700 Lincoln Street, Suite 4000 |
| | Denver, CO  80203 |
| | jsalisbury@markuswilliams.com |
| | |
| | Attorneys for Defendant |

1799247v1

## CERTIFICATE OF SERVICE

    The undersigned hereby certifies that on February 3, 2011 the foregoing STIPULATION OF DISMISSAL was electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

    John R. Posthumus
    Sheridan Ross P.C.
    1560 Broadway, Suite 1200
    Denver, CO 80202
    jposthumus@sheridanross.com

                                                  /s/Patrick M. Fahey